# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL BARENBAUM,** *on behalf of himself and all others similarly situated*, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | |
| **HAYT, HAYT, & LANDAU, LLC,** Defendant. | : : : | No. 18-4120 |

## ORDER

**AND NOW**, this **10th** day of **September 2019**, upon consideration of Defendant Hayt, Hayt, & Landau's Motion to Dismiss, Plaintiff's response, both parties' Motions for Summary Judgment and the responses and replies thereto, and Plaintiff Daniel Barenbaum's Motion for Class Certification and responses, replies, and sur-replies thereto, and for the reasons provided in this Court's Memorandum dated September 10, 2019, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Document No. 31) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 28) is **GRANTED** with respect to Count II of the Complaint and **DENIED** with respect to Counts I and Count III.

3. Defendant's Motion for Summary Judgment (Document No. 29) is **GRANTED** with respect to Counts I and III of the Complaint and **DENIED** with respect to Count II.

4. Plaintiff's Motion for Class Certification (Document No. 25) is **GRANTED**. The following class is certified pursuant to Federal Rule of Civil Procedure

23(a) and 23(b)(3): "all consumers residing in the Commonwealth of Pennsylvania who received a 'Notice of Deposition In Aid Of Execution' from the Defendant on an obligation owed or allegedly owed to Midland Funding, LLC, during the time period of September 25, 2017 to September 24, 2018, and who thereafter appeared as directed at the date, time and location noticed for the Deposition."

5. Daniel Barenbaum is appointed as class representative.

6. The law firm of Marcus & Zelman, LLC is appointed as class counsel pursuant to Rule 23(c)(1)(B).

7. A status conference will occur on October 23, 2019 at 9:30am. The parties should be prepared to discuss notice to the class, damages, and how best to bring this litigation to a resolution.

8. This Court's Scheduling Order issued January 9, 2019 (Document No. 16) is hereby **VACATED** and the remaining trial-related dates as outlined in the Scheduling Order are no longer in effect.

**BY THE COURT:**

**Berle M. Schiller, J.**