**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL BARENBAUM,** *on behalf of himself and all others similarly situated*, **Plaintiff,** | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **HAYT, HAYT, & LANDAU, LLC,** **Defendant.** | : : | No. 18-4120 |

**ORDER**

**AND NOW**, this **2nd** day of **December 2019**, it is **ORDERED** that:

1. Plaintiff's Motion to Approve Class Notice (Document No. 55) is **GRANTED**.[1]

2. First Class, Inc. is appointed as the Notice Administrator.

3. The schedule for disseminating notice to class members shall be as follows:

   a. Defendant shall produce the names, addresses, telephone numbers, and email addresses of class members in their possession to Plaintiff's counsel on or before **December 16, 2019**.

---

[1] Defendant objects to three aspects of Plaintiff's proposed Notice. First, it argues that Plaintiff's proposed Notice mischaracterizes the law when it states "Plaintiff is seeking . . . his *pro rata* share of the class recovery." According to Defendant, the FDCPA does not permit Plaintiff to recover a *pro rata* share of a possible class-wide judgment. The Court has already rejected this argument. *Barenbaum v. Hayt, Hayt & Landau, LLC*, Civ. A. No. 18-4120, 2019 WL 4305761, at *4 (E.D. Pa. Sept. 10, 2019). Second, Defendant argues that it should not be required to disclose class-members' personal information to Plaintiff's counsel, because such disclosure could subject Defendant to liability under the Gramm-Leach Bliley Act. *See* 15 U.S.C. §§ 6801-6809. This argument lacks merit, as the Gramm-Leach-Bliley Act permits such disclosure when done pursuant to "judicial process". § 6802(e)(8). Third, while Defendant agrees that it must turn over class members' names and addresses, it objects to Plaintiff's request for email addresses and phone numbers. The Court is unpersuaded. Providing Plaintiff's counsel with class members' telephone and email information would assist Plaintiff's counsel in ensuring that all class members are notified of this litigation, and Defendant does not identify any corresponding hardship that could justify withholding such information.

    b. First Class, Inc. shall send notice to class members on or before **January 13, 2020.**

    c. Class members who wish to be excluded from the class must request exclusion on or before **March 13, 2020.**

4. A status conference will occur by telephone on **December 10, 2019 at 10:00 a.m.** Counsel should be prepared to propose specific dates for a trial on damages in April or May of 2020. The Court will initiate the call.

        **BY THE COURT:**

        _____
        **Berle M. Schiller, J.**